Nov. Term,
1846.

BAER *v.* MARTIN.—In error.

BRENTON
*v.*
DAVIS.

*Saturday,
January 9,*
1847.

A RIGHT granted by one man to another to convey water through the land of the grantor, by means of a race, to the mill of the grantee, is an incorporeal hereditament. Angell on Water-Courses, 57, 59.

And for an injury to such right, an action of trespass *quare clausum fregit* will not lie.  *Conner* v. *The Pres. and Trust. of N. Albany*, 1 Blackf. 88.—1 Chitt. Pl. 162.